Brian M. Heit, Esq., SBN 302474
Phillip D. Viramontes II, Esq., SBN 315274
Robin A. Sheehan, Esq., SBN 315933
HEIT LAW GROUP, P.C.
340 South Lemon Avenue, Suite 8933
Walnut, CA 91789
Telephone (310) 744-5227
Facsimile (850) 254-1950

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH MEINER, an individual; LENNIFER HILLIARD, an individual; and SANDRA WILSON, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PLATEAU DATA SERVICES, INC., a Delaware corporation doing business in California and PLATEAU DATA SERVICES, LLC a Delaware limited liability company doing business in California, DBA RATEMARKETPLACE and RATEMARKETPLACE.COM and DOES 1-500, inclusive<br><br>　　　　Defendants. | Case Number: 3:19-CV-8138<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS NOAH MEINER, LENNIFER HILLIARD AND SANDRA WILSON** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE THAT THE CLERK** is hereby asked to withdraw the

1

**NOTICE OF SUBSTITUTION**

appearance of Gregory S. Walston of Walston & Sheehan, who was formerly an attorney for plaintiffs in this litigation. Robin A. Sheehan will remain as counsel in this litigation, but, will represent plaintiffs as a member of Heit Law Group, P.C. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court in the future be directed to Brian M. Heit at the above mailing address, telephone, and facsimile number.

Please also take notice that, from the date of this request, service on the above-named Defendants should be made on Mr. Heit only. Please amend your service lists accordingly. While Phillip D. Viramontes II and Robin A. Sheehan will appear on the pleadings with Mr. Heit, no service need be made on them.

Dated: February 13, 2020

By: _____
Brian M. Heit, Esq.
HEIT LAW GROUP, P.C.
*Attorneys for Plaintiff*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to this action. My business address is 30700 Russell Ranch Road, Suite 250, Westlake Village, California 91362.

On February **13** 2020, I served the foregoing document described as:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS NOAH MEINER, LENNIFER HILLIARD AND SANDRA WILSON**

on the interested parties in this action as follows:
**John Du Wors, Esq.**
NEWMAN DU WORS, LLP
2101 Forth Avenue, Suite 1500
Seattle, WA 98121

/x/ **BY MAIL (C.C.P. §§ 1013(a)):** By placing the document listed above in a sealed envelope addressed to the parties set forth on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/ / **BY FAX TRANSMISSION (C.C.P. § 1013(e); C.R.C. 2.306:** The document listed above was transmitted from fax number (844) 314-1380 to a fax machine maintained by the person on whom the document is served at the fax telephone number set forth on the attached Service List, on this date before 5:00 p.m., and a record of the transmission caused to be printed showing the date and time of the transmission, and that the transmission was reported as complete and without error

/ / **BY OVERNIGHT MAIL (C.C.P. § 1013(c)):** By UPS, following ordinary business practices for collection and processing of correspondence with said overnight mail service, the document listed above was placed in a sealed envelope addressed to the parties set forth on the attached Service List, and delivered to an authorized courier or driver authorized by the express service carrier, with delivery fees fully prepaid or provided for.

// **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. **(C.C.P. § 2015.5)**

/X/ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 13, 2020, at Los Angeles, California.



Vikki Gonzalez

---

**NOTICE OF SUBSTITUTION**

**SERVICE LIST**

**John Du Wors, Esq.**
NEWMAN DU WORS, LLP
2101 Forth Avenue, Suite 1500
Seattle, WA 98121

4

NOTICE OF SUBSTITUTION