John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:     (206) 274-2800
Facsimile:     (206) 274-2801

Attorneys for Defendants
Plateau Data Services, Inc.,
Plateau Data Services, LLC d/b/a
RateMarketplace and
RateMarketplace.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH MEINER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PLATEAU DATA SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 3:19-cv-08138-LB<br><br>**MOTION TO STRIKE THE HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br><br>The Honorable Laurel Beeler<br>Hearing Date          June 6, 2020<br>Hearing Time:          9:30 a.m.<br>Location:     Courtroom B, 15th Floor |

Defendants Plateau Data Services, Inc., Plateau Data Services, LLC d/b/a RateMarketplace and RateMarketplace.com file this Motion to Strike the Hearing on Defendants' Motion for Judgment on the Pleadings or in the Alternative, for Summary Judgment (Dkt. No. 16) as follows:

1.     The hearing on Defendants' Motion for Judgment on the Pleadings or in the Alternative, for Summary Judgment is currently scheduled for hearing on May 7, 2020.

2.     Plaintiffs and Defendants are currently engaged in settlement

1   negotiations.

2       3.     Defendants wish to strike their Motion for Judgment on the Pleadings or

3   in the Alternative, for Summary Judgment.

4       4.     Defendants will refile their motion if the Parties are unable to resolve the

5   issues.

6

7   Dated: May 5, 2020                    Respectfully submitted,

8                                         NEWMAN DU WORS LLP

9

10                                        John Du Wors, State Bar No. 233913

11

12                                        Counsel for Defendants
                                          Plateau Data Services, Inc.,
13                                        Plateau Data Services, LLC d/b/a
                                          RateMarketplace and
14                                        RateMarketplace.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO STRIKE THE HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE
PLEADINGS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT